

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00296-CR

EDWIN B. RUNNELS JR., Appellant

V.

THE STATE OF TEXAS

§   On Appeal from

§   Criminal District Court No. 2

§   of Tarrant County (1558887D)

§   April 15, 2021

§   Memorandum Opinion by Justice Wallach

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
   Justice Mike Wallach